UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re                                               )
                                                    )
JESUS DAVID GUERRERO,                               )          Case No. 6:26-bk-05101
                                                    )          Chapter Thirteen
                          Debtor(s).                )
                                                    )
_____            )

**DEBTOR(S)' VERIFIED
MOTION TO EXTEND AUTOMATIC STAY**

Debtor(s) seek entry of an order extending the automatic stay under 11 U.S.C. §

[362(c)(3)(C)  or 362(c)(4)(D)].

**1.**      Debtor(s) filed this bankruptcy case on **July 7, 2026.**

2.      Absent an order of the Court, the automatic stay will terminate on **August 6, 2026.**

3.      On February 3, 2026, Debtor(s) previously filed a Chapter Thirteen case, **Case

No.6:26-bk-00741-TPG** in the Middle District of Florida.

4.      The most recently filed prior case was dismissed on **February 24, 2026**, for the

following  reasons(s):

⊠ failure to commence making plan payments.
⊠ failure to make plan payments.
⊠  failure to file a plan.
⊠  failure to confirm a plan.
⊠  failure to file other required documents (list): list containing the name and address of creditors; any or all Schedules A-J as required; Properly signed Declaration Concerning Schedules; Summary of Assets; Statement of Monthly Income; State of Financial Affairs.
☐ Other (explain):

Doc ID: e1eba796b8d8a2691c5347a9409fc87ec311f2ce

5.

☒ Other than the most recently filed prior case, Debtor(s) has had no other pending bankruptcy cases in the preceding one-year period; or

☐ Debtor(s) has/had that following bankruptcy case(s) pending in the one-year period before filing this case, which was/were dismissed for the following reason(s):

| Case No.: | |
|---|---|
| District: | |
| Date Filed: | |
| Reason for Dismissal: | |

6.

| | **Current Case[1]** | **Prior Case 8:25-bk-7031-CED** |
|---|---|---|
| Schedule I Net income (line 12) | TBD | Never filed |
| Schedule J Monthly Expenses (line 22c) | TBD | Never filed |
| Schedule J Monthly Net Income (line 23c) | TBD | Never filed |
| Plan Payment | Due to the impending sale of the Debtor's residence, an emergency (skeleton) Chapter 13 petition was filed to preserve the Debtor's rights. The Chapter 13 Plan will be filed within the fourteen (14) days permitted by the Federal Rules of Bankruptcy Procedure. | The Debtor never submitted payment plan to the court. |
| Wage Order | Yes or **No** | Yes or **No** |

7.     *Plan Payments made in Prior Case(s):*

    Case No. 6:26-bk-00741-TPG          Total of: $0.00

2

Doc ID: e1eba796b8d8a2691c5347a9409fc87ec311f2ce

---

[1] If Schedules I and J have not been filed in this case, include estimates based on information available at the time this declaration is filed.

1.    Prior to the dismissal of any case(s) pending in the one-year period before the filing of this case, there were no motions for relief from the automatic stay that (a) the Court granted, or (b) were pending, except:

N/A

2.    As set forth below, Debtor(s)' personal or financial circumstances have changed since the filing of the most recent prior case such that the reason for dismissal in that case is not likely to recur:

Debtor, JESUS DAVID GUERRERO, initially filed his prior bankruptcy case, Case No.6:26-bk-00741-TPG, pro se. Due to his lack of familiarity with the applicable bankruptcy procedures and requirements, that case was subsequently dismissed. In the present matter, Case No.6:26-bk-05101, Debtor has retained Debt Relief Legal Group, LLC, which now represents him and filed the current petition on his behalf.

WHEREFORE, Debtor(s) respectfully request that the Court enter an order extending the automatic stay as to all creditors until such time as the stay would terminate as a matter of law under 11 U.S.C. §§ 362(c)(1) or (c)(2) or until further order of the Court.

*/s/ Alan D. Borden*
Attorney for Debtor(s)
Florida Bar Number: 58250
Debt Relief Legal Group, LLC
14502 N Dale Mabry Hwy
Ste 200 Office 305-4
Tampa, FL 33618
Telephone: (813) 231-2088
Facsimile: (813) 354-2627
aborden@1800debtrelief.com

Doc ID: e1eba796b8d8a2691c5347a9409fc87ec311f2ce

## DEBTOR(S) VERIFICATION STATEMENT AND SIGNATURE

I, J E S U S DAVID GUERRERO, declare under penalty of perjury that the foregoing is true and correct.

_____          07 / 07 / 2026
Signature of Debtor                                    Dated

## PROOF OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or

U.S. Mail, postage prepaid, on July 7, 2026 t all interested parties who are required to receive notice per the attached

mailing matrix by the CM/ECF system or other authorized means as required by law.

_____
*/s/ Alan D. Borden*
Attorney for Debtor(s)
Florida Bar Number: 58250
Debt Relief Legal Group, LLC
14502 N Dale Mabry Hwy
Ste 200 Office 305-4
Tampa, FL 33618
Telephone: (813) 231-2088
Facsimile: (813) 354-2627
aborden@1800debtrelief.com

4

Doc ID: e1eba796b8d8a2691c5347a9409fc87ec311f2ce

5

Doc ID: e1eba796b8d8a2691c5347a9409fc87ec311f2ce

Label Matrix for local noticing
113A-6
Case 6:26-bk-05101-GER
Middle District of Florida
Orlando
Tue Jul  7 17:00:27 EDT 2026

United States Trustee - ORL7/13 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Cap One
PO Box 71087
Charlotte, NC 28272-1087

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

John Pardo, III
Attn: Danielle N. Waters, Esq.
135 West Central Blvd Ste 300
Orlando, FL 32801-2435

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Select Portfolio Svcin
PO Box 65250
Salt Lake City, UT 84165-0250

Thd/Cbna
PO Box 6497
Sioux Falls, SD 57117-6497

Wfbna Card
PO Box 393
Minneapolis, MN 55480-0393

Alan D Borden
Debt Relief Legal Group, LLC
14502 N Dale Mabry Hwy
Suite 200
Tampa, FL 33618-2040

Jesus Guerrero
558 Lisa Karen Cir
Apopka, FL 32712-1802

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11

 **Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Guerrero Motion to Extend and CM.pdf |
| **File name** | Guerrero%20Motion...nd%20and%20CM.pdf |
| **Document ID** | e1eba796b8d8a2691c5347a9409fc87ec311f2ce |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| SENT | **07 / 07 / 2026** 21:24:21 UTC | Sent for signature to Jesus Guerrero (daviddavidg@yahoo.com) by services@clio.com acting on behalf of kduncan@1800debtrelief.com IP: 108.190.204.223 |
| VIEWED | **07 / 07 / 2026** 21:24:50 UTC | Viewed by Jesus Guerrero (daviddavidg@yahoo.com) IP: 75.115.35.122 |
| SIGNED | **07 / 07 / 2026** 21:25:04 UTC | Signed by Jesus Guerrero (daviddavidg@yahoo.com) IP: 75.115.35.122 |
| COMPLETED | **07 / 07 / 2026** 21:25:04 UTC | The document has been completed. |